UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ST LIBERTY, LLC, as subrogee of ROBERT
E. DERECKTOR, INC.,

                    Plaintiff,          ORDER

v.

                                            No. 21-CV-06561 (PMH)

M/Y SHAITAN, USCG Official Number
604110, her engines, freights, apparel,
appurtenances, tackle, etc. *in rem*,

                    Defendant.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      On October 15, 2021, a Clerk's Certificate of Default was issued as to the defendant *in rem*, M/Y Shaitan, USCG Official Number 604110, her engines, freights, apparel, appurtenances, tackle, etc. (Doc. 15). As there has been no activity on this docket since the issuance of the Clerk's Certificate of Default, Plaintiff is directed to submit a letter to the Court via ECF concerning the status of this action by December 17, 2021.

SO-ORDERED:

Dated: White Plains, New York
       December 3, 2021

                                            _____
                                            Philip M. Halpern
                                            United States District Judge