UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ST LIBERTY, LLC as subrogee of ROBERT
E. DERECKTOR, INC.

                  **Plaintiff,**

vs.

M/Y SHAITAN, USCG Official Number 604110,
her engines, freights, apparel, appurtenances tackle,
etc. *in rem.*

                  **Defendant.**

-------------------------------------------------------------

**IN ADMIRALTY**

Case No.: 7:21-cv-6561

**MOTION FOR DEFAULT
JUDGMENT AND ORDER OF
SALE**

---

Motion denied without prejudice to refiling in accordance with the Court's Individual Practices Attachment A.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         December 16, 2021

---

      PLEASE TAKE NOTICE that upon t

December 9, 2021, and upon the Clerk's Cert

and a proposed form of default judgment h

ROBERT E. DERECKTOR, INC., will mov

U.S.D.J., in Courtroom 300 Quarropas St, White Plains, New York 10601 for an order pursuant to

Rule 55(b) of the Federal Rules of Civil Procedure granting Plaintiff a judgment of default against

defendant M/Y SHAITAN, USCG Official Number 604110, her engines, freights, apparel,

appurtenances, tackle, etc *in rem* (the "Vessel") and ordering that the Vessel be sold to satisfy the

judgment, for failure to serve any paper on the undersigned or file any paper as required by law.

Dated: December 15, 2021
      Oyster Bay, New York

                         Respectfully submitted,

                         **CHALOS & CO, P.C.**

           By:    /s/ Melissa Patzelt-Russo
                     Michael G. Chalos, Esq.
                     Briton P. Sparkman, Esq.
                     Melissa Patzelt-Russo, Esq.
                     55 Hamilton Ave,
                     Oyster Bay, NY 11771

Case 7-21-cv-06561-PMH Document 17 Filed in NYSD on 12/15/2021 Page 2 of 2

Tel:     516-714-4300
Fax:     516-750-9051
Email: michael.chalos@chaloslaw.com
Email: bsparkman@chaloslaw.com
Email: mrusso@chaloslaw.com

*Attorneys for Plaintiff ST Liberty, LLC as*
*subrogee of Robert E. Derecktor, Inc.*

To:     M/Y SHAITAN, USCG Official Number 604110, her engines, freights, apparel,
         appurtenances tackle, etc
         311 E Boston Post Rd
         Mamaroneck, New York 1054