UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ST LIBERTY, LLC as subrogee of ROBERT
E. DERECKTOR, INC.                                         IN ADMIRALTY

                Plaintiff,                    Case No.: 7:21-cv-6561

vs.                                                        **MOTION AND NOTICE OF
                                                           INTENTION TO CREDIT BID AT
M/Y SHAITAN, USCG Official Number 604110,                  JUDICIAL SALE IF NECESSARY**
her engines, freights, apparel, appurtenances tackle,
etc. *in rem.*
                Defendant.
-------------------------------------------------------------X

PLEASE TAKE NOTICE that the Judgment Creditor/Plaintiff ST LIBERTY, LLC, as

subrogee of ROBERT E. DERECKTOR, INC., ("Plaintiff") was granted a Default Judgment by

this Honorable Court on April 14, 2022 in the amount of $58,256.59 [DE 36]. The Default

Judgment authorized the judicial sale of the M/Y SHAITAN, USCG Official Number 604110, her

engines, freights, apparel, appurtenances, tackle, etc *in rem* (the "Vessel") to satisfy the judgment

with the sale to be conducted by the U.S. Marshal Service. The U.S. Marshal Service is set to

conduct the judicial sale of the Vessel on June 25, 2022 from 9:00 a.m. to 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that Plaintiff intends to credit bid at the U.S. Marshal

Service sale up to the amount of its judgment of $58,256.59, if necessary. Plaintiff respectfully

request that this Honorable Court "so order" this Motion and Notice to formally recognize the

intention of the Plaintiff to credit bid, if necessary and appropriate, up to the amount of the

judgment at the sale of the Vessel.

Dated: June 21, 2022
         Oyster Bay, New York               Respectfully submitted,

                                           **CHALOS & CO, P.C.**

                                By:    /s/ Melissa Patzelt-Russo
                                         Melissa Patzelt-Russo, Esq.
                                         55 Hamilton Ave,
                                         Oyster Bay, NY 11771
                                         Tel:    516-714-4300
                                         Fax:    516-750-9051
                                         Email: mrusso@chaloslaw.com

                                         *Attorneys for Plaintiff ST Liberty, LLC as*
                                         *subrogee of Robert E. Derecktor, Inc.*

SO ORDERED This 22nd day of       June           20 22 .

_____
Philip M. Halpern
United States District Judge